**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jonathan Blake LOGAN, Defendant– Appellant.**

No. 15–6480.

United States Court of Appeals, Fourth Circuit.

Submitted: March 11, 2016.

Decided: March 22, 2016.

Thomas P. McNamara, Federal Public Defender, Joseph Bart Gilbert, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Thomas G. Walker, United States Attorney, Jennifer P. May–Parker, C. Michael Anderson, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Blake Logan appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Logan,* Nos. 7:10–cr–00111–FL–1; 7:13–cv–00012– FL, 2015 WL 1058929 (E.D.N.C. Mar. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*